BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**AMY E. POTTER**
amy.potter@usdoj.gov
405 E. 8th Street, Suite 2400
Eugene, Oregon 97401-2708
Telephone: (541) 465-6771
Attorneys for the United States

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>7 FIREARMS, *in rem*,<br><br>Defendants. | '19-MC-402<br><br>UNOPPOSED MOTION TO EXTEND 90-DAY PERIOD PURSUANT TO<br>18 U.S.C. § 983(a)(3)(A |

Pursuant to Local Rule 7-1, counsel for the United States certifies that I have contacted Erick Ward, attorney for claimant Jason Smith, who concurs with this extension.

On March 4, 2019, year, Jason Smith filed a claim in a non-judicial civil forfeiture proceeding by the Bureau of Alcohol, Tobacco, Firearms, and Explosives to

> Smith & Wesson Governor Revolver,
> FN Herstal Hi Power Pistol,
> Benelli, S. PA. Nova Shotgun,
> Phoenix Arms Co. HP22 Pistol,
> Ruger 10/22 Rifle,
> Marlin Firearms Co. 336 Rifle, and
> Bersa Thunder 380 Pistol
> (Herein after "7 Firearms")

seized from Jason on or about December 7, 2018.

No other person filed a claim in the administrative forfeiture proceeding.

As provided in 18 U.S.C. § 983(a)(3)(A), the United States and Jason Smith, agree to extend the time in which the United States will file a complaint for forfeiture against the 7 Firearms or to obtain an indictment alleging that the assets are subject to forfeiture. Jason Smith agrees that the deadline by which the United States shall be required to file a complaint for forfeiture against the property and/or to obtain an indictment alleging that the property is subject to forfeiture shall be extended to Tuesday, December 3, 2019.

Jason Smith agrees that until the United States files a complaint for forfeiture against the assets and/or obtains an indictment alleging that the assets are subject to forfeiture, or until Tuesday, December 3, 2019, or until the parties reach a settlement regarding the property, whichever occurs first, the property shall remain in the Jason Smith shall not seek its return for any reason in any manner.

DATED: **May 2, 2019**                          Respectfully submitted,

                                                BILLY J. WILLIAMS
                                                United States Attorney

                                                *s/ Amy E. Potter*
                                                **AMY E. POTTER**
                                                Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that I have made service of the foregoing Motion to Extend 90-Day Period and a proposed Order on the party herein by sending via email on May 2, 2019 to:

Erick Ward
erick@wardgrover.com
   Attorney for claimant Jason Smith

 

*s/ Holly Taglier*
HOLLY TAGLIER
Paralegal